CHARLES S. TURNER, Respondent, *v.* EDWIN CONANT, Impleaded, etc., Appellant.

(Argued June 5, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 9, 1886, which affirmed an interlocutory judgment overruling a demurrer to the complaint.

*Edward B. Hill* for appellant.

*John W. Fiske* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.